UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH DOWNING, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:24-cv-00722-ACL<br>) |
| FARMINGTON CORRECTIONAL CENTER, | )<br>)<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of an undated three-page handwritten letter titled "Formal Complaint Regarding Harassment and Insults," received by the Court on May 23, 2024, which the Court will construe as a prisoner civil right action.[1] The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff (1) a copy of the Court's prisoner civil rights complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

---

[1] Plaintiff attached to this complaint many correspondence and affidavits, which the Court has filed as attachments to the complaint.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must file and amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 28th day of May, 2024.

*Abbie Crites-Leoni*

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE